# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re:    ANDREA B ROSS | ) | Case No. 22-50198 |
| DEBTOR | ) | |

## RESPONSE TO TRUSTEE'S MOTION TO DENY CONFIRMATION

COMES NOW Debtor, Andrea Ross, by and through Counsel of record, and for her Response to Trustee's Motion to Dismiss states that her employer was laying off employees so she has new employment making less than she was. Debtor will schedule an appointment to confer with Counsel to determine an appropriate course of action.

WHEREFORE, Debtor filed this Response to the Trustee's Motion to dismiss.

Dated: 01/25/2023

Respectfully submitted,
W M Law

/s/ Errin P Stowell
Errin P Stowell MO 70499
15095 W 116th Street
Olathe, KS 66062
stowell@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Kansas City, MO 64106

/s/ Errin P Stowell